USCA1 Opinion

 

 [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 98-2019 UNITED STATES, Plaintiff, Appellee, v. ONE 1986 MERCEDES BENZ 330E VIN WDBEA30D89A309533, ET AL., Defendants, Appellants. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Edward F. Harrington, U.S. District Judge] Before Boudin, Circuit Judge, Campbell, Senior Circuit Judge, and Stahl, Circuit Judge.      Augustine A. Ahanon on brief pro se. Donald K. Stern, United States Attorney, and Shelbey D.Wright, Assistant U.S. Attorney, on brief for appellee.October 15, 1999    Per Curiam. Appellant Augustine A. Ahanon appeals from the district court's decision to grant the motion of the United States for entry of default and summary judgment in this civil forfeiture in rem action. We affirm the judgment of the district court because Ahanon failed to raise in the district court the arguments he presents on appeal. "Our law is clear that a party ordinarily may not raise on appeal issues that were not seasonably advanced (and, hence, preserved) below."  Daigle v. Maine Med. Ctr., Inc., 14 F.3d 684, 687 (1st Cir. 1994). This rule "applies with full force to constitutional challenges." Id. at 688. Appellant thus has waived his arguments regarding insufficient notice and the failure of the district court to treat his letter as the functional equivalent of a claim. Affirmed. See Local Rule 27.1.